**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Leonard Karpen, | : | Chapter 13 |
| Debtor | : | Case No.:  20-13876-mdc |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed April 6, 2021 was forwarded to the following parties, as follows:

*Via First Class Mail, Postage Pre-Paid on April 6, 2021:*

Michelle Yost, Asst. Tax Claim Director
Montgomery County Tax Claim Bureau
One Montgomery Plaza
P.O. Box 190
Norristown, PA 19404

Patricia Walz, Bankr. Spec.
Internal Revenue Service
P.O. Box 7316
Philadelphia, PA 19101-7346

*Via Electronic Filing (ECF) on April 6, 2021:*

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

By:  */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
jquinn@rqplaw.com

Date:  April 6, 2021

1